IN THE WHATCOM COUNTY DISTRICT COURT

STATE OF WASHINGTON

| | |
|---|---|
| MERCHANTS CREDIT CORPORATION<br>A Washington Corporation,<br><br>       Plaintiff/s<br>v.s.<br><br>HEIDI J. ANGLIN AND ERNEST R.<br>ANGLIN, and the marital<br>community composed thereof,<br><br>       Defendant/s<br><br>SAFEWAY, INC.<br>       Garnishee | Cause No CV16-0993<br><br><br><br>WRIT OF GARNISHMENT<br>FOR CONTINUING LIEN<br>ON EARNINGS |

THE STATE OF WASHINGTON TO :

   SAFEWAY, INC.
   Garnishee

L843623 P0066082 D396 G 710140-6351 Pg   1
WRIT OF GARNISHMENT

MERCHANTS CREDIT CORPORATION
Legal Department, Jason L. Woehler, Attorney for Plaintiff
2245 152nd Avenue NE, Redmond WA 98052
(425) 643-2613, FAX (425) 283-0296


EXHIBIT No. C

AND TO:

    HEIDI ANGLIN
    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
    Defendant/s

The above-named plaintiff has applied for a Writ of Garnishment against you, claiming that the above-named defendant is indebted to plaintiff and that the amount to be held to satisfy the indebtedness is $3887.19, consisting of:

| | |
|---|---|
| Balance of Judgment: | $ 3490.56 |
| Interest under Judgment from 02-17-17 to 04-10-17: | $ 52.79 |
| Per Day Rate of Estimated Interest: | $ 1.15p/day |
| Taxable Costs and Attorney Fees: | $ 343.84 |
| Estimated Garnishment Costs: | |
|   Filing Fees: | $ 12.00 |
|   Service and Affidavit Fees: | $ 7.50 |
|   Postage and Certified Mail Costs: | $ 9.34 |
|   Answer Fee or Fees (if applicable): | $ 0.00 |
|   Garnishment Attorney Fees: | $ 300.00 |
|   ExParte Fees: | $ 15.00 |
|   Other: | $ 0.00 |

THIS IS A WRIT FOR A CONTINUING LIEN. THE GARNISHEE SHALL HOLD the nonexempt portion of the defendant's earnings due at the time of service of this writ and shall also hold the defendant's nonexempt earnings that accrue through the last payroll ending on or before SIXTY days after the service of this writ. HOWEVER, IF THE GARNISHEE IS PRESENTLY HOLDING THE NONEXEMPT PORTION OF THE DEFENDANT'S EARNINGS UNDER A PREVIOUSLY SERVED WRIT FOR A CONTINUING LIEN, THE GARNISHEE SHALL HOLD UNDER THIS WRIT only the defendant's nonexempt earnings that accrue from the date the previously served writ or writs terminate and through the last payroll period ending on or before sixty days after the date of termination of the previous writ or writs. IN EITHER CASE, THE GARNISHEE SHALL STOP WITHHOLDING WHEN THE SUM WITHHELD EQUALS THE AMOUNT STATED IN THIS WRIT OF GARNISHMENT.

YOU ARE HEREBY COMMANDED, unless otherwise directed by the court, by the attorney of record for the plaintiff, or by this writ, not to pay any debt, whether earnings subject to this garnishment or any other debt,

L843623 P0066082 D396 G 710140-6351 Pg 2
WRIT OF GARNISHMENT

MERCHANTS CREDIT CORPORATION
Legal Department, Jason L. Woehler, Attorney for Plaintiff
2245 152nd Avenue NE, Redmond WA 98052
(425) 643-2613, FAX (425) 283-0296

owed to the defendant at the time this writ was served and not to deliver, sell, or transfer, or recognize any sale or transfer of any personal property or effects of the defendant in your possession or control at the time this writ was served. Any such payment, delivery, sale, or transfer is void to the extent necessary to satisfy the plaintiff's claim and costs for this writ with interest.

YOU ARE FURTHER COMMANDED to answer this writ by filling in the attached form according to the instructions in this writ and in the answer forms and, within twenty days after the service of the writ upon you, to mail or deliver the original of such answer to the court, one copy to the plaintiff or the plaintiff's attorney, and one copy to the defendant, at the addresses listed at the bottom of this writ.

If, at the time this writ was served, you owed the defendant any earnings (that is wages, salary, commission, bonus, or other compensation for personal services or any periodic payments pursuant to a nongovernmental pension or retirement program), the defendant is entitled to receive amounts that are exempt from garnishment under federal and state law. You must pay the exempt amounts to the defendant on the day you would customarily pay the compensation or other periodic payment. As more fully explained in the answer, the basic exempt amount is the greater of 75 percent of disposable earnings or a minimum amount determined by reference to the employee's pay period, to be calculated as provided in the answer.

YOU MAY DEDUCT A PROCESSING FEE FROM THE REMAINDER OF THE EMPLOYEE'S EARNINGS AFTER WITHHOLDING UNDER THIS WRIT. THE PROCESSING FEE MAY NOT EXCEED TWENTY DOLLARS FOR THE FIRST ANSWER AND TEN DOLLARS AT THE TIME YOU SUBMIT THE SECOND ANSWER.

If you owe the defendant a debt payable in money in excess of the amount set forth in the first paragraph of this writ, hold only the amount set forth in the first paragraph and any processing fee, if one is charged, and release all additional funds or property to defendant.

IF YOU FAIL TO ANSWER THIS WRIT AS COMMANDED, A JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE FULL AMOUNT OF THE PLAINTIFF'S CLAIM AGAINST THE DEFENDANT WITH ACCRUING INTEREST, ATTORNEY FEES, AND COSTS WHETHER OR

L843623 P0066082 D396 G 710140-6351 Pg  3
WRIT OF GARNISHMENT

MERCHANTS CREDIT CORPORATION
Legal Department, Jason L. Woehler, Attorney for Plaintiff
2245 152nd Avenue NE, Redmond WA 98052
(425) 643-2613, FAX (425) 283-0296


NOT YOU OWE ANYTHING TO THE DEFENDANT. IF YOU PROPERLY ANSWER THIS WRIT, ANY JUDGMENT AGAINST YOU WILL NOT EXCEED THE AMOUNT OF ANY NONEXEMPT DEBT OR THE VALUE OF ANY NONEXEMPT PROPERTY OR EFFECTS IN YOUR POSSESSION OR CONTROL.

JUDGMENT MAY ALSO BE ENTERED AGAINST THE DEFENDANT FOR COSTS AND FEES INCURRED BY THE PLAINTIFF. This writ is issued by the undersigned attorney of record for plaintiff under the authority of Chapter 6.27 of the Revised Code of Washington, and must be complied with in the same manner as a writ issued by the clerk of the court.

DATED at REDMOND, Washington on 04-12-17

MERCHANTS CREDIT CORPORATION
A Washington Corporation,
Plaintiff

_____
JASON L. WOEHLER   WSBA#27658
Attorney for Plaintiff

Address of
Clerk of the Court
WHATCOM DISTRICT COURT

311 GRAND AVE BELLINGHAM
WA 98225

Name and address of Defendant:
HEIDI J. ANGLIN AND ERNEST R. ANGLIN, and the marital
4160 WAYSIDE CT
BELLINGHAM, WA 98226-9499

L843623 P0066082 D396 G 710140-6351 Pg 4
WRIT OF GARNISHMENT

MERCHANTS CREDIT CORPORATION
Legal Department, Jason L. Woehler, Attorney for Plaintiff
2245 152nd Avenue NE, Redmond WA 98052
(425) 643-2613, FAX (425) 283-0296