Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HEIDI and ERNEST ANGLIN, wife and husband separately and the marital community composed thereof,<br><br>          Plaintiffs,<br><br>    vs.<br><br>MERCHANTS CREDIT CORPORATION, a Washington State corporation and JASON WOEHLER, on belief, a single man,<br><br>          Defendants. | No. 2:18-cv-00507-JCC<br><br>CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 |

Pursuant to Fed.R.Civ.P. 7.1, Defendant Merchants Credit Corporation makes the following corporate disclosure:

1.  Does the party have a parent corporation?

[ ___ ] Yes    [ _X_ ] No.

If yes, the parent corporation is N/A.

2.  Is 10% or more of the stock of the party owned by a publicly owned corporation?

[ ___ ] Yes    [ _X_ ] No.

If yes, identify all such owners: N/A

---

CORPORATE DISCLOSURE STATEMENT
PURSUANT TO RULE 7.1 - 1
2:18-cv-00507-JCC
6287727.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| | |
|---|---|
| 1 | DATED this 9th day of April, 2018. |
| 2 | |
| 3 | LEE SMART, P.S., INC. |
| 4 | By:/s/ Marc Rosenberg<br>Marc Rosenberg, WSBA No. 31034<br>Of Attorney for Defendants |
| 5 | Merchants Credit Corporation and<br>Jason Woehler |
| 6 | |
| 7 | 701 Pike Street, Suite 1800<br>Seattle, WA  98101<br>206-624-7990 |
| 8 | mr@leesmart.com |

CORPORATE DISCLOSURE STATEMENT
PURSUANT TO RULE 7.1 - 2
2:18-cv-00507-JCC
6287727.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle ·WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individual(s):

Mr. James Sturdevant          sturde@openaccess.org

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

DATED this 9th day of April, 2018, at Seattle, Washington.

LEE SMART, P.S., INC.

By: /s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorney for Defendants
Merchants Credit Corporation and
Jason Woehler

701 Pike Street, Suite 1800
Seattle, WA 98101
206-624-7990
mr@leesmart.com

CORPORATE DISCLOSURE STATEMENT
PURSUANT TO RULE 7.1 - 3
2:18-cv-00507-JCC
6287727.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944