UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEIDI and ERNEST ANGLIN, | CASE NO. C18-0507-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MERCHANTS CREDIT CORPORATION and JASON WOEHLER, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for extension of time to file its response to Defendants' motion to dismiss (Dkt. No. 14.) Plaintiffs' counsel asks the Court for a one-week extension to file his response because of the complexity of the issues presented, recent unavailability, and medical problems affecting his work. (*Id.* at 1–2.) Pursuant to Federal Rule of Civil Procedure 6(b), the Court finds good cause to GRANT Plaintiffs' motion for extension of time (Dkt. No. 14.) Plaintiffs must file their response to Defendants' motion to dismiss no later than May 29, 2018. Defendants shall file their reply no later than June 4, 2018. The Clerk is DIRECTED to re-note Defendants' motion to dismiss (Dkt. No. 11) to June 4, 2018.

//

DATED this 22nd day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C18-0507-JCC
PAGE - 2