| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 18 2019 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

HEIDI ANGLIN; ERNEST ANGLIN, husband and wife separately and the marital community composed thereof,

        Plaintiffs-Appellants,

v.

MERCHANTS CREDIT CORPORATION, a Washington state corporation; JASON WOEHLER, on belief, a single man,

        Defendants-Appellees.

No. 18-35906

D.C. No. 2:18-cv-00507-JCC
Western District of Washington, Seattle

ORDER

Before: GOULD and NGUYEN, Circuit Judges, and PRESNELL,[*] District Judge.

The panel has voted to deny the petition for panel rehearing as untimely. Judge Gould and Judge Nguyen have voted to deny the petition for rehearing en banc as untimely, and Judge Presnell has so recommended. The petition for panel rehearing and the petition for rehearing en banc are denied.

---

    [*] The Honorable Gregory A. Presnell, United States District Judge for the Middle District of Florida, sitting by designation.